# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JON MILLS, ADC #86911                                                               PLAINTIFF

v.                                    4:07CV00044 SWW

DOES                                                                                DEFENDANTS

## JUDGMENT

Consistent with the Memorandum and Order entered this day, it is

CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE, under 28 U.S.C. § 1915A.. Further, this dismissal shall constitute a "strike" under 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 27th day of March, 2007.

/s/Susan Webber Wright
United States District Judge